## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    DAVID J. MOSSO | : | |
|    KATHLEEN M. MOSSO | : | |
|        Debtor(s) | : | Bky. No. 09-15002ELF |
| | : | |
| DAVID J. MOSSO | : | |
| KATHLEEN M. MOSSO | : | |
| | : | |
|        Plaintiff | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 09-00368ELF |
| U.S. BANK NATIONAL ASSOCIATION | : | |
| | : | |
|        Defendant | : | |

## ORDER

AND NOW, upon consideration of the Debtor(s)' Motion for Default Judgment and after notice and hearing,

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The value of the Defendant's secured claim is **$0.00**, the Defendant's allowed secured claim is **$0.00**, and to the extent that the Defendant's claim has been disallowed as a secured claim, it is allowed as a general unsecured claim. . See 11 U.S.C. §506(a).

3. Pursuant to 11 U.S.C. §506(d), but subject to 11 U.S.C. §349(b)(1)(C), to the extent that the claim is not an allowed secured claim, any lien held by the Defendant that secures this claim is void.

Date: **March 3, 2010**

                                            ERIC L. FRANK
                                            U.S. BANKRUPTCY JUDGE